UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*Order Filed on 7/14/2009 by Clerk U.S. Bankruptcy Court District of New Jersey*

In Re: 

vs.

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

Recommended Local Form:   ☐ Followed    ☐ Modified

## DEFAULT JUDGMENT

Default having been entered against the following defendant(s):

and for good cause shown,

JUDGMENT by default as authorized by Fed. R. Bank. P. 7055 is entered in the sum of

$ _____ in favor of plaintiff and against said defendant(s).

Dated: _____

**DATED: 7/14/2009**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*Rev. 7/1/04; jml*